OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

*ATW*

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

PRESORTED FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES

02 1M
0004279596

$ 00.26⁵

DEC 04 2014

MAILED FROM ZIP CODE 78701

12/1/2014

**LANDRY, CLIFTON JERRY    Tr. Ct. No. 507035-J (COUNT 2)**      WR-8,531-26

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

RETURN TO SENDER
RELEASED FROM CUSTODY OF
HARRIS COUNTY SHERIFF'S OFFICE

CLIFTON JERRY LANDRY
HARRIS COUNTY JAIL - SPN# 00133777

HOUSTON, TX 77002